FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| RODNEY KARL BLACKWELL,<br>　　　　Petitioner,<br>v.<br>A. HEDGPETH, Warden,<br>　　　　Respondent. | No. CV 07-7371-GW (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: April 11, 2008

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE